UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RODNEY D. HUNTER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 5:15-CV-137-MTT |
| : | |
| MACON COUNTY SHERIFF'S DEPARTMENT, : | |
| CHARLES M. CANNON, IN HIS OFFICIAL : | |
| CAPACITY AS SHERIFF ONLY, : | |
| : | |
| Defendants. : | |

## NOTICE OF REMOVAL

Defendants, by counsel, hereby file a Notice of Removal of this action from the Superior Court of Macon County, Georgia to the United States District Court for the Middle District of Georgia, Macon Division, based on the following:

1.

On March 23, 2015, Plaintiff filed a Complaint for Damages in the Superior Court of Macon County, Georgia, captioned *Rodney Hunter v. Macon County Sheriff's Department, Charles M. Cannon, in his Official Capacity as Sheriff Only*, Civil Action File No. 2015-CV-074(JS).

2.

Copies of all process, pleadings, and orders are attached hereto as Exhibit A in accordance with 28 U.S.C. § 1446(a). A copy of the Notice to the Superior Court of Macon County, Georgia of the removal of this action to the United States District Court is attached hereto as Exhibit B.

3.

Less than thirty (30) days have passed since the filing of the Complaint and notice to Defendants. Therefore, this case is being timely removed pursuant to 28 U.S.C. § 1446(b).

4.

Plaintiff's claim alleges a due process claim in violation of Plaintiff's civil rights protected under the United States Constitution.

5.

This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(b).

6.

This pleading and written notice hereof is being contemporaneously served upon counsel for Plaintiff. A copy of the Notice of Removal is being filed with the Clerk of the Superior Court of Macon County, Georgia pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendants respectfully request that this action be removed from the Superior Court of Macon County, Georgia, to the United States District Court for the Midlle District of Georgia, Macon Division, pursuant to 28 U.S.C. § 1441(a), and that no further proceedings be had in the State action.

This 20th day of April, 2015.

/s/ **Frances L. Clay**
Frances L. Clay
Georgia Bar Number 129613
Attorney for Defendants
CHAMBLESS, HIGDON, RICHARDSON,
KATZ & GRIGGS, LLP
3920 Arkwright Road – Suite 405
P. O. Box 18086

Macon, Georgia  31209-8086
Telephone: (478) 741-1181
Fax: (478) 746-9479
fclay@chrkglaw.com

**Attorney for Defendants**

**CERTIFICATE OF SERVICE**

I, FRANCES L. CLAY, hereby certify that I have this day served upon counsel for all parties in this action the foregoing pleading by first class mail and by electronic filing with the Clerk of Court using the EM/ECF System, which will automatically send an email notification of such filing to the following attorney of record:

> W.T. Gamble, III, Esq.
> Collier & Gamble, LLP
> P.O. Box 577
> Dawson, GA  39842
>
> Attorney for Plaintiff

This 20th day of April, 2015.

/s/ Frances L. Clay
Frances L. Clay